IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

XAVIER MILLER SCOTT,     *

       Plaintiff,     *

v.     Case No.   5:20-cv-00020-MTT

    *

YANCEY, et al.,

    *

       Defendants.

    *

## J U D G M E N T

Pursuant to this Court's Order dated August 27, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of August, 2021.

                            David W. Bunt, Clerk

                            s/ Vanessa Siaca, Deputy Clerk